Robert L Smith DBA Commercial Judgment Recovery
18627 Brookhurst Street, #365
Fountain Valley, CA 92708
Tel: 714-963-8200
Fax: 714-964-3980
Email: Rsmith@debtenforcer.com

ASSIGNEE OF RECORD

FILED
JUL 2 2 2010
CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>LAWRENCE S HOMAN<br>SHERRY L HOMAN<br><br>           Defendants | CASE NUMBER: 8:10-bk-14545-TA |
| ROBERT L SMITH DBA COMMERCIAL JUDGMENT RECOVERY<br><br>           Plaintiff<br>vs.<br><br>LAWRENCE S HOMAN<br>SHERRY L HOMAN<br>           Defendants | ADVERSARY NUMBER 8:10-ap-01267-TA |

### PLAINTIFF'S FIRST REQUEST TO PRODUCE DOCUMENTS

**Comes now,** the above named Plaintiff, herewith requests pursuant to Rule 7034 of the Federal Rules of Bankruptcy Procedure and Rule 34 of the Federal Rules of Civil Procedure that Defendants produced a copy of each of the following documents to be sent to the Plaintiff's office address within 30 days of this request       .

    1. Copy of Sherry L Homan's latest paycheck stub from Odyssey Hospice, 7077 Orangewood Ave. Ste 201, Garden Grove, CA 92841.

1

2. Copy of dependant Stephanie A Homan's latest paycheck stub as an ambulance driver from the Tenet Corporation out of Fountain Valley Regional Hospital, 17100 Euclid Street, Fountain Valley, Ca 92708 and Downey Regional Medical Center, 11500 Brookshire Avenue, Downey, Ca 90241.

Dated this 20th Day of July, 2010

Commercial Judgment Recovery

By: *[signature: Robert L Smith]*

Robert L Smith, Assignee of Record