Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501       Fax (323) 937-4503
e-mail: BCC4929@gmail.com
Linkedin Profile: http://www.linkedin.com/in/baruchcohen

*Attorneys For Plaintiff* ROBERT L. SMITH dba COMMERCIAL JUDGEMENT RECOVERY

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LAWRENCE SCOTT HOMAN,<br>SHERRY L. HOMAN<br><br>    Debtors. | Case No. 8:10-bk-14545-TA<br>Before the Honorable Theodore Albert<br><br>Chapter 7<br><br>Adversary 8:10-ap-01267-TA |
| ROBERT L. SMITH dba<br>COMMERCIAL JUDGEMENT<br>RECOVERY,<br><br>    Plaintiff.<br><br>vs.<br><br>LAWRENCE SCOTT HOMAN,<br>SHERRY L. HOMAN<br><br>    Defendants | **NOTICE OF RULING OF CONTINUED STATUS CONFERENCE AND OSC RE DEFENDANT'S FAILURE TO PARTICIPATE IN JOINT STATUS REPORT & FAILURE TO APPEAR AT STATUS CONFERENCE; IN ORDER TO STRIKE DEFENDANT'S ANSWER AND ALLOW PLAINTIFF'S DEFAULT**<br><br>*Status Conference Hearing*:<br>Date: August 26, 2010<br>Time: 10:00am<br>Place: Courtroom 5B<br>411 W Fourth St<br>Santa Ana, CA 92701 |

    PLEASE TAKE NOTICE that the status conference came on for hearing at the above-referenced date time and place before the Honorable Theodore Albert. Appearing on behalf of *Plaintiff* Robert L. Smith dba Commercial Judgement Recovery was attorney Baruch Cohen. Defendant failed to appear.

1    The Court continued the status conference to October 28, 2010 at 10:00am, and scheduled

2    an Order to Show Cause ("OSC") for the same time, to determine whether the Court will strike the

3    Defendant's Answer and allow Plaintiff's Default for Defendant's failure to participate in the Joint

4    Status Report and failure to appear at the status conference hearing.

5    Plaintiff's counsel to give notice.

6

7    DATED:    August 27, 2010    LAW OFFICE OF BARUCH C. COHEN, APLC

8

    By ___/S/ Baruch C. Cohen_____
9    Baruch C. Cohen, Esq.
    *Attorney for Plaintiff* ROBERT L. SMITH dba
10    COMMERCIAL JUDGEMENT RECOVERY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Lawrence Scott Homan and Sherry L Homan. Chapter 7 Case 10-14545 | Bob Smith vs. Homan Adv 8:10-ap-01267-TA |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4929 Wilshire Boulevard, Suite 940, Los Angeles, CA 90010

The foregoing document described **NOTICE OF RULING OF CONTINUED STATUS CONFERENCE AND OSC RE DEFENDANT'S FAILURE TO PARTICIPATE IN JOINT STATUS REPORT & FAILURE TO APPEAR AT STATUS CONFERENCE; IN ORDER TO STRIKE DEFENDANT'S ANSWER AND ALLOW PLAINTIFF'S DEFAULT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 27, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jacob D Chang - jacobchang.esq@gmail.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served)**:**

On August 27, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Lawrence Scott Homan and Sherry L Homan, 424 Quail Run, Placentia, CA 92870
Jacob D Chang, 1440 N Harbor Blvd., # 250, Fullerton, CA 92835
Office of the U.S. Trustee, Region 16 411 West Fourth Street, Suite 9041 Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| *Date* August 27, 2010<br>*Type Name* **BARUCH C. COHEN** | *Signature*<br>By    /S/ Baruch C. Cohen |
|---|---|